UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

```
____ FILED      ____ RECEIVED
____ ENTERED    ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

        AUG 3 1 2011

      CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

SPENCER PIERCE,

      Plaintiff,                    3:10-CV-0464-HDM (VPC)

vs.                                 **MINUTES OF THE COURT**

HOWARD SKOLNIK, *et al.*,        Date: August 30, 2011

      Defendants.
_____/

PRESENT:
THE HONORABLE __VALERIE P. COOKE__, UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK: __LISA MANN__      REPORTER: __NONE APPEARING__

COUNSEL FOR PLAINTIFF: __NONE APPEARING__

COUNSEL FOR DEFENDANTS: __NONE APPEARING__

MINUTE ORDER IN CHAMBERS: __XXX__

     Defendants' motion for leave to take deposition of incarcerated plaintiff (#25) is **GRANTED**. The deposition shall be conducted either in person at plaintiff's place of confinement or telephonically and shall be scheduled at a time that is conducive to prison security. Following the deposition, defendants shall provide a copy of the deposition transcript to the plaintiff.

                                       LANCE S. WILSON, CLERK

                              By: _____/s/_____
                                        Deputy Clerk