## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SPENCER PIERCE,

                Plaintiff,                          3:10-CV-0464-HDM (VPC)

vs.                                      **MINUTES OF THE COURT**

HOWARD SKOLNIK, *et al.*,                Date:  December 20, 2011

                Defendants.

_____/

PRESENT:
THE HONORABLE __VALERIE P. COOKE__, UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK: __LISA MANN_____      REPORTER: __NONE APPEARING____

COUNSEL FOR PLAINTIFF: ___NONE APPEARING_____

COUNSEL FOR DEFENDANTS: ___NONE APPEARING_____

MINUTE ORDER IN CHAMBERS: __XXX___

       Defendants filed a motion to extend discovery and a motion to enlarge time to file summary judgment motion (#s 30 & 32).  Plaintiff has opposed the motions (#33).

       Defendants' motion to extend discovery (#30) is **GRANTED** *nunc pro tunc***.**  Defendants' motion to enlarge time to file summary judgment motion (#32) is **GRANTED**.  Defendants shall have to and including **Friday, January 6, 2012** to file a motion for summary judgment.

       **IT IS SO ORDERED.**

                           LANCE S. WILSON, CLERK

                       By:_____/s/_____
                                Deputy Clerk