1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9             **DISTRICT OF NEVADA**
10
11  SPENCER PIERCE,                )        3:10-cv-00464-HDM-VPC
                                   )
12              Plaintiff,         )
                                   )        ORDER
13  vs.                            )
                                   )
14  HOWARD SKOLNIK,                )
                                   )
15              Defendant.         )
    _____)
16
17       Before the court is the report and recommendation of the
18  United States Magistrate Judge (#51), filed on June 19, 2012.  In
    the report and recommendation, the magistrate judge recommends that
19  this court enter an order granting the defendant's motion for
20  summary judgment (#36).  No objections were filed to the magistrate
21  judge's report and recommendation, and the time for doing so has
22  expired.
23       The court has considered the pleadings and memoranda of the
24  parties and other relevant matters of record.  It has made a review
25  and determination in accordance with the requirements of 28 U.S.C.
26  § 636 and applicable case law.  Based on this review, the court
27  hereby accepts and adopts the report and recommendation of the
28

1

magistrate judge.   Accordingly, the defendants' motion for summary judgment (#36) is **GRANTED.**

     **IT IS SO ORDERED.**

     DATED: This 10th day of September, 2012.

                                      _Howard D McKibben_

                                      UNITED STATES DISTRICT JUDGE